

82, 724-01

BASCOM W. BENTLEY
District Judge
Palestine, Texas 75801
903/723-7415

NANCY ADAMS
Official Reporter
Palestine, Texas 75801
903/723-7415

# 369TH JUDICIAL DISTRICT

ANDERSON AND CHEROKEE COUNTIES
500 N. Church, Suite 30
Palestine, Texas 75801

October 20, 2015

Court of Criminal Appeals
State of Texas
Box 12308, Capital Station
Austin, Texas  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

RE:    Cause No. 24827-A
       Ex Parte: James Bell, TDCJ #877694

To the Honorable Court of Criminal Appeals,

As the Judge of the trial court that received your instructions, I would humbly appreciate a further extension of time.

So many of the people who were involved with this case are now gone.  Others have been difficult to find and arrange for their responsibilities in this matter.  To put it plainly, I believe we have most of our procedural problems fixed and I am going to hold a hearing on November 13, 2015, at 1:30 pm. Hopefully this hearing will put all questions and problems to rest.

Thank you in advance.

Sincerely,

Judge B.W. Bentley, III
369th Judicial District
Anderson County